**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
**Plaintiff,**

**v.**

[2] OSVALDO CALDERIN-PASCUAL,
**Defendant,**

**v.**

DAVID CALDERIN-PASCUAL,
**Third-Party Petitioner.**

CRIMINAL NO.: 21-350 (ADC)

**UNITED STATES' INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW, the United States of America by its undersigned counsel, and very respectfully submits:

1. David Calderin-Pascual is contesting the forfeiture of one (1) Avanti, Center Counsel, 25-foot boat, HIN: ERQ25114F697, PR Reg. No. 2213CC with outboard engines and one boat trailer. *See* ECF No. 223, 238, 244, 254, 257, 262, 357 and 358.

2. The Court ordered the United States to file a motion whether an agreement was reached on the matter of forfeiture. *See* ECF No. 360.

3. The United States informs that at this time there is no agreement.

4. The United States has not determined whether an agreement is viable in the

case in reference. Although petitioner is the registered owner of the asset in question, there are indications that he is a straw owner from the information available to the United States. Should petitioner be a straw owner then his interest in the asset would not be superior to that of the defendant. *See* 21 U.S.C. § 853(n)(6)(A). *See* also United States v. Duong, No. 3:10–cr–9 (VLB), 2011 WL 2413521, *8–9 (D. Conn. June 10, 2011) (petition denied because petitioner failed to meet his burden of proving by a preponderance of the evidence that he was more than a straw owner of vehicle titled in his name, or had a legal interest in the currency).

5. Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure allows for discovery in cases such as this one.

6. The United States request 15 days to inform the Court whether discovery would be required and what would be the format for that discovery.

[INTENTIONALLY BLANK]

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the term requested to inform herein.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of May 2026.

W. STEPHEN MULDROW
United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 29th day of May 2026.

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney